THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA JACKSON,<br><br>    Plaintiff,<br><br> v.<br><br>FEDERAL WAY POLICE DEPARTMENT,<br><br>    Defendant. | CASE NO. C24-0276-JCC<br><br>ORDER |

This matter comes before *sua sponte*. One April 22, 2024, the Court conducted pre-service review of Plaintiff's *in forma pauperis* ("IFP") complaint pursuant to 28 U.S.C. § 1915(a). In doing so, the Court directed Plaintiff to file an amended complaint within 21 days to cure the defects described in its prior order. (*See* Dkt. No. 10.) That period has since lapsed, and Plaintiff has not filed an amended complaint or otherwise responded to the Court's order. Accordingly, her complaint (Dkt. No. 5) is DISMISSED without prejudice.

DATED this 14th day of May 2024.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C24-0276-JCC
PAGE - 1